# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 15-1077-SCW |
| | ) |
| THOMAS SPILLER, WEXFORD HEALTH SOURCE INC., C. BROWN, DR. SHAH, ANGEL RECTOR, LADONNA LONG, BRITTINY KELLY, MARY BERRY, J. LANE, WILLIAM McFARLAND, B. WALLA, SERGENT McGUIRE, J. LASHBROOK, IDOC, D. FLATT, BRITTANY FORTAG, | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendants Thomas Spiller, J. Lashbrook, and D. Flatt were dismissed without prejudice, Defendant Illinois Department of Corrections was dismissed with prejudice on October 21, 2015 by an Order entered by Judge J. Phil Gilbert (Doc. 8).

Defendant Brittiny Kelly was substituted on March 10, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 89).

Defendants Wexford Health Source Inc., C. Brown, Dr. Shah, Angel Rector, LaDonna Long, Mary Berry, J. Lane, William McFarland, B. Walla, Sergent McGuire, and Brittany Fortag were granted summary judgment on September 28, 2018 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 130).

THEREFORE, judgment is entered in favor of Defendants Wexford Health Source Inc., C. Bown, Dr. Shah, Angel Rector, Ladonna Long, Brittiny Kelly, Mary Berry, J. Lane William McFarland, B. Walla, Sergent McGuire, IDOC, and Brittany Fortag and against Plaintiff Aaron Miller.

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 28th day of September, 2018

**THOMAS L. GALBRAITH, ACTING CLERK**

**BY: /s/ Angela Vehlewald**
**Deputy Clerk**

**Approved by /s/ Stephen C. Williams**
**United States Magistrate Judge**
**Stephen C. Williams**